Dismissed and Memorandum Opinion filed June 1, 2006









Dismissed and Memorandum Opinion filed June 1, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00365-CV

____________

 

DAVID REEVES, Appellant

 

V.

 

RANDALL LONG CORPORATION,
Appellee

 



 

On Appeal from the
152nd District Court

Harris County, Texas

Trial Court Cause
No.
05-37065

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order extending
post-judgment deadlines pursuant to Tex.
R. Civ. P. 306a.

On May 17, 2006, appellant filed a motion to dismiss the
appeal because an order under Rule 306a is interlocutory and not separately appealable from the judgment.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.       

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 1, 2006.

Panel consists of Justices Anderson, Edelman, and
Frost.